Before the Second Division, April 24, 1958

**No. 61858.**—Lucas Electrical Services, Inc., and Lep Transport, Inc. *v.* United States, protest 310266–K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of ammeters similar in all material respects to those the subject of *Lucas Electrical Services, Inc.*, and *Frank J. Eberle Co.* v. *United States* (36 Cust. Ct. 209, C. D. 1776), the claim of the plaintiffs was sustained.

**No. 61859.**—Manca, Inc. *v.* United States, protests 309261–K, 309262–K, and 309263–K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of parts of cameras, the claim of the plaintiff was sustained.

**No. 61860.**—Keystone Brass & Rubber Co. *v.* United States, protest 234269–K (Philadelphia).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiff was sustained.